# UNITED STATES DISTRICT COURT
for the

___Northern___ District of ___Iowa___

_____ Division

**RECEIVED**

JUL 0 3 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Sarah Courtney Dentth
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CEDAR RAPIDS, IA POLICE DEPARTMENT

CASEY'S
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sarah Courtney Center
Address: *401 Sandy Knoll Dr.
City: Coppell
State: TX
Zip Code: 75019

*backup address - my brother's address. It's against the ADA to retaliate against family members.

County: DALLAS
Telephone Number:
E-Mail Address: sccenter01@hotmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CEDAR RAPIDS, IA Police Department
Job or Title (if known): ALSO policemen in SUV #49, 76, 83
Address: 505 1st St SW
City: Cedar Rapids
State: IA
Zip Code: 52404
County: LINN
Telephone Number: 319-364-6379
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: CASEY'S GAS STATION
Job or Title (if known):
Address: 201 8th Ave. SE
City: Cedar Rapids
State: IA
Zip Code: 52401
County: LINN
Telephone Number: 319-364-6379
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City      State      Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City      State      Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

[handwritten margin: protected class - disability, 18 US code 245 federally protected activities]

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

[handwritten]: 8th Amendment
The Americans With Disabilities Act 35.130
Title II

CASEY'S — DISCRIMINATION & HARASSMENT, COERCION
POLICE: SAME AS ABOVE & INTIMIDATION
COERCION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pardon my hand writing. I tend to write fast. -gcc

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

At Casey's Someone called the police when I was there to buy food & drink. I was told I could eat at a table for an hour. On 28 June 2019 @ 5:15AM & at 2 July at 8:20 PM, the police used intimidation to force me to leave Casey's. One cop wore a hearing aid but made no effort to speak clearly to me. The only thing I understood him say, "microphone" (2 July 2019). The other cop didn't say a word. It didn't take a rocket scientist to figure out they wanted me to leave.

III. **Statement of Claim** (2 July 2019).

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

CASEY'S GAS STATION at 201 8th St SE - Cedar Rapids

B. What date and approximate time did the events giving rise to your claim(s) occur?

28 June 2019 @ 5:15 AM (#60 SUV)
2 July 2019 @ 8:20 PM (#75, 83 SUVs)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

28 June 2019 @ 5:15 AM:
I was at Casey's to use the restroom & to buy a Starbucks Frappe. I was told by a clerk - a woman, her boss - that I could eat there for an hour. I always buy something & eat & read for an hour. That morning I was on my way to the restroom when I noticed two policemen (SUV #60) sitting at a table closest to the hallway where the restrooms were. The cops were just sitting there. They didn't eat or drink anything.

One cop was about 6'1 w/ black hair & light blue eyes.

I [...] the cops going to arrest me for just being there for an hour? (over)

Obviously, someone called them ahead of time.

On 2 July 2019, I was at Casey's and just purchased a sandwich. I went to a table. The second I put my things on a chair, 2 cops showed up. I didn't see the police cars until after I left. One cop, blonde hair, mumbled something to me. I couldn't understand a word he said. He pointed to the ~~cashier~~ cashier areas. I noticed an ~~African-~~ American men in his 20s just leaning on the POS & watching me.

This blonde hair cop (30s) wore a hearing aid in his left ear. I told him "if he was a policeman, then he shouldn't have a hearing ~~problem~~ problem." I told him he needed to hear clearly ~~in an~~ emergencies. He said he had a microphone attached to his uniform. The "microphone" was black, square, & chunky.

I didn't believe him. I told this cop I'm deaf & that he needed to repeat what he said. He mumbled again & that was when I mentioned the hearing aid.

I ~~wore~~ wore hearing aids all my life. ~~Based~~ Based on my experience, hearing aids can stop working out of the blue. The clear plastic tube that's attached to the earmold & hearing aid can get stiff due to moisture & sweat. When I had a hearing aid - when it was working - back in 2010-2014, I had to replace the tube every <u>2-3 months</u>. when there's ~~the~~

① Hearing aid batteries die; I have to replace them at least every 1.5 weeks.

Due to any of the above problems, I either don't hear as well - ~~as~~ it's a gradual decrease in hearing or suddenly I don't hear at all. It depends on what the problem is. Hence, hearing aids aren't reliable in dangerous situations or in a crisis. They're great when they work, but hearing aids can ~~suddenly~~ stop working.

moisture in the tube, it blocks sounds.

court. Do NOT include any habeas corpus claims with this complaint. Those claims should be filed separately on a special habeas corpus form which the Clerk of Court can send to you upon request.

## Other Instructions

There is a fee of $400.00 for filing your complaint. You will also be required to pay the cost of notifying each defendant on your complaint. If you feel you cannot pay the full filing fee and service costs for this action, you should fill out AO 240 (Application to Proceed in District Court without Prepaying Fees or Costs (Short Form) attached hereto. If there is more than one plaintiff, each plaintiff must complete a separate AO 240 form. The completed form(s) must be signed and returned to the Clerk of Court with the completed Pro Se 15 form.

Mail your Pro Se 15 complaint to the address below. With your complaint you must send either a check/money order for $400.00 or a completed and signed AO 240 form. When all forms have been received, the Clerk of Court open a case and assign it to a judge.

Mailing Address:   Clerk of Court
United States District Court
Northern District of Iowa
111 7th Avenue SE, Box 12
Cedar Rapids IA 52401

**Your complaint will not be considered by the court unless you have followed these instructions and those instructions on the forms themselves.**

II. C. cont.

So, that's why I didn't believe the blonde cop about his hearing aid & the ~~microphone~~ microphone.

Also, whenever I use an accessory to help me hear better on the phone - for example, the accessory doesn't work because I always had background noise. The accessory my ~~hear~~ hearing aid would always interfere w/ my hearing aid.

The other cop was about 5'6 - same height as the blonde cop. The other cop was in his 40s, with black hair.

The blonde cop violated the Department of Justice Guidelines to the Americans with Disabilities Act. He didn't make an effort to communicate to me clearly. I couldn't read his lips, except for "microphone."

All the cops violated Title II of the ADA - by using intimidation, harassment & coercion - by forcing me to leave Casey's.

I paid for my food & drink w/ SNAP.

I'm deaf & am a protected class. So, did the CRPD & CASEY'S violate 18 US Code 245 - federally protected activities?

Casey's treated me as though it's Jim Crow era. Only this time I'm a deaf, homeless woman.

Casey's discriminated against me by calling the police & by forcing me to leave & not be able to eat my meal since the library was closed.

Ever since the Mission of Hope Women's Shelter forced me to leave & 2 other women's shelters violated the ADA's reasonable accommodations, I had to get food somewhere

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm forced to find another place to get food & a safe place to use the restroom whenever the library's closed.

Casey's knew I'm deaf, yet the staff called the police. Based on the cops' demeanor, I explained to the cops last night that I paid for my food & had a right to eat there & that both the cops & Casey's violated the Americans with Disabilities Act; they didn't care.

They all violated my civil rights as a deaf woman — I ask for $2 million in monetary damages & that

all these cops be fired from their jobs.

The blonde cop should have been automatically disqualified ~~when~~ as a cop. A cop should have 100% hearing during emergencies & crisis.

I also want the Cedar Rapids, IA Police Department be ~~have~~

* IDs against the Americans With Disabilities Act to for ANYONE retaliate against me, my cars, my family, etc. See

civil rights laws, especially those concerning disabilities

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3 July 2019

Signature of Plaintiff: S. Courtney Center
Printed Name of Plaintiff: S. Courtney Center

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
    City    State    Zip Code
Telephone Number
E-mail Address